# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| E-Z DOCK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.1:21-cv-02761-TWP-DML |
| | ) |
| SNAP DOCK, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT SNAP DOCK, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant/Counter-Plaintiff Snap Dock, LLC ("Defendant") moves the Court for an Order granting summary judgment of noninfringement in the Defendant's favor as to all claims against it. This Motion will be made and based upon the files, records, and proceedings herein and on supporting memoranda and declarations served and filed according to the Local Rules of the United Stated District Court for the Southern District of Indiana.

Date: June 9, 2022

Respectfully submitted,

/s/Thomas J. Leach

MERCHANT & GOULD P.C.
Anthony R. Zeuli (Pro Hac Vice)
E-mail: tzeuli@merchantgould.com
Thomas J. Leach (Pro Hac Vice)
E-mail: tleach@merchantgould.com
Joseph W. Dubis (Pro Hac Vice)

Email: jdubis@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 332-5300

AND

Daniel J. Lueders
Email: dlueders@uspantent.com
Charles J. Meyer
Email: cjmeyer@uspatent.com
WOODARD, EMHARDT, HENRY,
REEVES & WAGNER, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
Telephone: (317) 634-3456
Fax: (317) 637-7561