IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| E-Z-DOCK, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SNAP DOCK, LLC, <br><br> Defendant/Counter-Plaintiff | Case No. 1:21-cv-02761-TWP-KMB <br><br> JURY TRIAL DEMANDED |

### SNAP DOCK LLC'S MOTION FOR SANCTIONS

Defendant Snap Dock LLC ("Snap Dock") respectfully requests that the Court sanction Plaintiff E-Z-Dock, Inc. ("E-Z-Dock") pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iii-iv), 37(b)(2)(C), any other applicable local rule, and the Court's inherent authority for twice refusing to comply with this Court's Orders directing E-Z-Dock to respond to Snap Dock's damages discovery, specifically interrogatories 8, 11, 12, and 21. Snap Dock respectfully requests that the Court sanction E-Z-Dock as follows: (1) order E-Z-Dock to provide complete responses to Snap Dock's Interrogatories by March 17, 2023 so that information can be used in the upcoming settlement conference, (2) preclude E-Z-Dock from seeking lost profits type damages and allowing it to claim only reasonable royalty type damages, and/or (3) order E-Z-Dock to pay Snap Dock's attorneys' fees related to this motion. E-Z-Dock continues to prejudice Snap Dock and drive up its costs by continuing to disregard its discovery obligations and flout this Court's Order On The Parties' Motion To Compel (Doc. No. 149 at 16.) and the Court's Order during the March 6, 2023 Status Conference where the Court ordered E-Z-Dock to

answer Snap Dock's damages interrogatories 8, 11, 12, 21 within 48 hours. Sanctions are appropriate.

DATED: March 14, 2023.

/s/ Thomas J. Leach
Anthony R. Zeuli
(admitted *pro hac vice*)
Thomas J. Leach
(admitted *pro hac vice*)
Joseph W. Dubis
(admitted *pro hac vice*)
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
tzeuli@merchantgould.com
tleach@merchantgould.com
jdubis@merchantgould.com

Daniel J. Lueders
Charles J. Meyer
WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
Tel: (317) 634-3456
Fax: (317) 637-7561
dlueders@uspantent.com
cjmeyer@uspatent.com

*Counsel for Defendant/Counter-Plaintiff Snap Dock, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 14, 2023** a copy of the foregoing **SNAP DOCK LLC'S MOTION FOR SANCTIONS** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

**AKERMAN LLP**
Alejandro Fernandez
401 East Jackson Street
Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
E-mail: alex.fernandez@akerman.com

**AKERMAN LLP**
Brian C. Bianco
Julie R. Lissner
Thomas B. Fullerton
71 S. Wacker Dr.
47th Floor
Chicago, IL  60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1905
E-mail: brian.bianco@akerman.com
E-mail: julia.lissner@akerman.com
Email: Thomas.fullerton@akerman.com

/s/ Shannon Maney